**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7583**

---

RONALD SMITH,

Plaintiff - Appellant,

versus

THEODIS  BECK;  JAMES  B.  FRENCH;  JEANNIE
LANCASTER; TED C. SMILEY,

Defendants - Appellees.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.   W.  Earl  Britt,  Senior
District Judge. (CA-00-537-5-2BR)

---

Submitted:  January  31,  2002          Decided:  February  7,  2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald  Smith,  Appellant  Pro  Se.   Deborrah  Lynn  Newton,  Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished  opinions  are  not  binding  precedent  in  this  circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Smith's motion for appointment of counsel and affirm on the reasoning of the district court. See Smith v. Beck, No. CA-00-537-5-2BR (E.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED